Certificate Number: 15317-PAE-DE-031890771

Bankruptcy Case Number: 18-16631



15317-PAE-DE-031890771

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2018</u>, at <u>6:58</u> o'clock <u>PM PST</u>, <u>Ralph J Weil</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  November 11, 2018

By:  /s/Jonald Gutierrez

Name:  Jonald Gutierrez

Title:  Counselor