Certificate Number: 15317-PAE-DE-031890769

Bankruptcy Case Number: 18-16631



15317-PAE-DE-031890769

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2018, at 6:58 o'clock PM PST, Katrina A Weil completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 11, 2018              By:   /s/Jonald Gutierrez

                                        Name:   Jonald Gutierrez

                                        Title:   Counselor